IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | 8:10CR389 |
| ) | |
| v. ) | |
| ) | |
| EULOGIO BARRON-VALDEZ, ) | REASSIGNMENT ORDER |
| ) | |
| Defendant. ) | |

IT IS ORDERED that, in the interest of judicial economy, this case is reassigned to Magistrate Judge F.A. Gossett for judicial supervision and processing of all pretrial matters and remains assigned to the undersigned district judge.

DATED this 26th day of October, 2010.

BY THE COURT:

s/ Joseph F. Bataillon
Chief United States District Judge